```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


RAVINDER SINGH,                     :
        Petitioner
                                    :

        vs.                         :   CIVIL NO. 1:CV-08-0149

                                    :       (Judge Caldwell)
U. S. DEPARTMENT OF HOMELAND
SECURITY, et al.,                   :   (Magistrate Judge Smyser)
        Respondents
```

*O R D E R*

AND NOW, this 30th day of April, 2008, upon consideration of the report of the magistrate judge, which concludes that petitioner's petition (pursuant to 28 U.S.C. §2241) has been mooted by his removal from the United States to India on or about March 28, 2008, is approved.

Pursuant to recommendations in said report it is Ordered that this case is dismissed as moot. The Clerk of Court shall close the file.

/s/William W. Caldwell
William W. Caldwell
United States District Judge